**Order entered February 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01763-CV

### CARDIOVASCULAR PROVIDER RESOURCES INC., Appellant

### V.

### CHARLES GOTTLICH M.D., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-08894**

## ORDER

The Court **GRANTS** appellant's December 18, 2014 motion to extend time to file its reply brief. We **ORDER** the reply brief received on December 29, 2014 filed as of that date. The appeal is at issue and will be set for submission in due course.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE